**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOSEPH KINNEY, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-                          22 **CIVIL** 2458 (ER)

# **JUDGMENT**

PUBLIC CONSULTING GROUP, INC. and
STAFFING SOLUTIONS ORGANIZATION, LLC,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 21, 2023, Defendants' motion is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       March 21, 2023

                                                  **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                      **BY:**      *K. Mango*

                                                      **Deputy Clerk**